IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY KENNETH WILLIAMSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES EMBASSY et al., | : | No. 11-4966 |
| Defendants. | : | |

## ORDER

AND NOW, this **11th** day of **May, 2012**, upon consideration of the Commonwealth Defendants' Motion to Dismiss Plaintiff's Complaint or, Alternatively, for a Transfer of Venue and Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated May 11, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 22) is **GRANTED**.

2. This action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

3. Plaintiff's Motion for Supplemental Pleading (Document No. 30) and Plaintiff's 60(b) Motion (Document No. 31) are **DENIED without prejudice**. Plaintiff may re-file these motions after the action is assigned to a judge in the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_____
Berle M. Schiller, J.